EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

MICHAEL K. KAWAHARA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02 00342 HG |
| Plaintiff, ) | INDICTMENT |
| ) | [21 U.S.C. 841(a)(1)] |
| VS. ) | |
| JAY HOAPILI KAILIMAI, ) | |
| Defendant. ) | |

INDICTMENT

Count 1:

The Grand Jury charges that:

On or about July 8, 2002 in the District of Hawaii, defendant Jay Hoapili Kailimai knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections

SEALED
BY ORDER OF THE COURT

841(a)(1) and 841(b)(1)(A).

Count 2:

The Grand Jury further charges that:

On or about July 8, 2002 in the District of Hawaii, defendant Jay Hoapili Kailimai knowingly and intentionally possessed with intent to distribute a quantity of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II narcotic controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

DATED: Honolulu, Hawaii, August ___, 2002.

A TRUE BILL.

_____
GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Kailimai, USDC-Hawaii, Indictment.

2